**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cesar Augusto Sequera Alvarado,

Petitioner

v.

Markwayne Mullin, et al.,

Respondents

Case No.: 2:26-cv-01597-JAD-DJA

**Order Granting Habeas Petition as Unopposed**

[ECF No. 9]

Petitioner Cesar Augusto Sequera Alvarado is a Venezuelan citizen who seeks release from immigration custody, contending that he has been detained under an "illegal application of the mandatory-detention provision in 8 U.S.C. 1225(b)," his prolonged detention without a bond hearing violates his due-process rights, and the respondents unlawfully terminated his parole status.[1] In response, the federal respondents acknowledge that Alvarado is detained under § 1225(b), but it does not provide a meaningful, merits-based response to Alvarado's arguments.[2] The respondents' failure to address the actual merits of the petition constitutes a concession of those arguments.[3] Plus, since Alvarado's petition was briefed, the Ninth Circuit has held that the government's oft-repeated § 1225(b) argument is invalid.[4] So I grant Alvarado's petition and order his immediate release.

---

[1] *See* ECF Nos. 9, 17.

[2] ECF No. 16 (conceding that Alvarado is a class member in the class-action case in this district challenging the respondents' interpretation of § 1225(b)).

[3] *See Rodriguez v Mullin*, 2026 WL 895685, at *4 (D. Nev. Apr. 1, 2026) (citing *United States v. Dreyer*, 804 F.3d 1266, 1277 (9th Cir. 2015) (en banc)).

[4] *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026).

IT IS HEREBY ORDERED that Cesar Augusto Sequera Alvarado's amended habeas petition **[ECF No. 9] is GRANTED. Petitioner Cesar Augusto Sequera Alvarado must be released from detention within four days of this order.**

IT IS FURTHER ORDERED that respondents must file and serve on defense counsel:

(1) notice of the date, time, and location of Alvarado's release at least 24 hours before the release is set to occur; and

(2) within five days of this order, notice that Alvarado's release was effectuated.

IT IS FURTHER ORDERED that counsel for respondents is directed to immediately provide notice of this order to the restrained parties they represent.

The Clerk of Court is directed to SEND a copy of this order to the Warden of the Nevada Southern Detention Center in Pahrump, Nevada and CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
September 25, 2026